**RECEIVED**
IN LAKE CHARLES, LA.

JUL 29 2009

TONY R. MOORE, CLERK
BY _____
                DEPUTY

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAKE CHARLES DIVISION

| | |
|---|---|
| **DAVID M. WUERTENBERG** | **CIVIL ACTION NO. 09-0825** |
| **FED. REG. #10966-035** | **SECTION P** |
| **VS.** | **JUDGE MINALDI** |
| **WARDEN JOSEPH P. YOUNG** | **MAGISTRATE JUDGE KAY** |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED THAT** petitioner's Application for Federal Writ of Habeas Corpus Under 28 U.S.C. §2241 be **DENIED** and **DISMISSED WITH PREJUDICE.**

**THUS DONE AND SIGNED**, in chambers, in Lake Charles, Louisiana, on this 29 day of _July_ .

**PATRICIA MINALDI**
**UNITED STATES DISTRICT JUDGE**